**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**OLGA MARINA NARVAEZ-TUAPANTA,**

**Petitioner,**

**v.** **No. 2:26-cv-00618-SMD-SCY**

**MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; *et al.*,**

**Respondents.**

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 12), Final Judgment is hereby entered in favor of Petitioner Olga Marina Narvaez-Tuapanta and against Respondents Mary De Anda-Ybarra, Todd M. Lyons, Kristi Noem, Pamela Bondi, and Dora Castro.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**